# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>IN THE MATTER OF THE SEARCH OF 9140<br>Hearst Court, Charlotte, North Carolina, 28269 | )<br>)<br>) Case No. 3:24-mj-00027-WCM<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A

located in the _____Western_____ District of _____North Carolina_____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2314 | Interstate Transportation of Stolen Property |
| 18 U.S.C. § 371 | Conspiracy |
| 18 U.S.C. §§ 1956 & 1957 | Money Laundering |

The application is based on these facts:
See accompanying Affidavit.

☒ Continued on the attached sheet.
☐ Delayed notice _____ days (give exact ending date if more than 30 _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Willie L. Carswell
*Applicant's signature*

Willie L. Carswell, Special Agent, U.S. Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P 4.1 by telephone.

Signed: January 25, 2024

W. Carleton Metcalf
United States Magistrate Judge

Date: 1/25/2024

City and state: Asheville, North Carolina     W. Carleton Metcalf, U.S. Magistrate Judge, WDNC
*Printed name and title*