FILED
CHARLOTTE, NC
JAN 31 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In the Matter of the Search of<br><br>IN THE MATTER OF THE SEARCH OF<br>9140 Hearst Court, Charlotte, North Carolina, 28269 | Docket No. 3:25-mj-27-WCM<br><br>**_UNDER SEAL_** |

### GOVERNMENT'S MOTION TO UNSEAL

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and respectfully moves this Court for an Order unsealing the application for search warrant, search warrant, supporting affidavit and other related documents submitted in connection with the above-referenced matter. At the time the application for search warrant, search warrant, supporting affidavit and other related documents were filed with the Court, the government sought an order to seal on the grounds that the information concerned an ongoing investigation. While currently the federal investigation has not resulted in a Bill of Indictment in the Western District of North Carolina, there is a pending criminal case in Cabarrus County, *State of North Carolina vs. Ryan Cahill* (24cr251068-120), that concerns some of the conduct alleged in the supporting affidavit. The government now asks the Court to unseal these documents so that they may be produced to the State of North Carolina to include as part of their discovery, particularly because the affiant may be a witness in that trial.

WHEREFORE, the United States respectfully asks the Court to unseal all the documents submitted in connection with this matter.

Respectfully submitted this 31st day of January 2025.

DENA J. KING
UNITED STATES ATTORNEY

/s Caryn Finley
Assistant United States Attorney
227 W. Trade Street., Suite 1700
Charlotte, NC 28202
(704) 344-6222 (phone)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **In the Matter of the Search of** ) <br> ) <br> IN THE MATTER OF THE SEARCH OF ) <br> 9140 Hearst Court, Charlotte, North Carolina, ) <br> 28269 ) <br> ) | **Docket No. 3:25-mj-27-WCM** <br><br> ***UNDER SEAL*** |

## ORDER UNSEALING SEARCH WARRANT APPLICATION, AFFIDAVIT, ATTACHMENTS, WARRANT, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Search Warrant Application, Affidavit, Attachments, Warrant, the Motion to Seal, and this Order be unsealed, because there is no further need to protect the secrecy of the on-going nature of the investigation in this matter,

**IT IS HEREBY ORDERED** that the Search Warrant Application, Affidavit, Attachments, Warrant, the Motion to Seal, and this Order be unsealed.

SO ORDERED this 31st day of January 2025.

Signature Line

Title of Signing Officer
United States District Court

